## STATE OF CONNECTICUT *v.* SASHA KOPPEL
## (AC 31329)

Harper, Beach and Hennessy, Js.

Argued May 18—officially released June 8, 2010

Per Curiam. The appeal is dismissed.

## VINCENT ARTESE *v.* JOANN ARTESE
## (AC 31261)

DiPentima, C. J., and Alvord and Foti, Js.

Submitted on briefs May 18—officially released June 8, 2010

Per Curiam. The judgment is affirmed.

## RICHARD R. PALKIMAS *v.* ZDISLAW GORSKI
## (AC 31078)

Harper, Alvord and Peters, Js.

Argued May 21—officially released June 15, 2010

Per Curiam. The judgment is affirmed.